Matthew L. Larrabee (SBN 97147)
Email: matthew.larrabee@dechert.com
DAVID A. KOTLER (*pro hac vice forthcoming*)
Email: david.kotler@dechert.com
CATHERINE V. WIGGLESWORTH (*pro hac vice forthcoming*)
Email: catherine.wigglesworth@dechert.com
SAMANTHA ROSA (*pro hac vice forthcoming*)
Email: samantha.rosa@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500

JAY B. GOULD (SBN 135726)
Email: jgould@winston.com
DAN K. WEBB (*pro hac vice forthcoming*)
Email: dwebb@winston.com
STEVEN GRIMES (*pro hac vice forthcoming*)
Email: sgrimes@winston.com
KELLY MANNION (*pro hac vice forthcoming*)
Email: kmannion@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5840
Telephone: (415) 591-1000

Attorneys for Defendant Security Investors, LLC

```
FILED
CLERK, U.S. DISTRICT COURT

May 15, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY:      VPC      DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD WINSTON,<br><br>             Plaintiff,<br><br>     v.<br><br>WESTERN ASSET MANAGEMENT COMPANY, WESTERN ASSET MANAGEMENT COMPANY LTD., WESTERN ASSET MANAGEMENT COMPANY LIMITED, WESTERN ASSET MANAGEMENT COMPANY PTE. LTD., and SECURITY INVESTORS, LLC,<br><br>             Defendants. | Case No. 2:18-cv-03523<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

WHEREAS, Plaintiff and Defendant Security Investors, LLC ("SI") have jointly requested that the Court extend the time SI has to respond to Plaintiff's Complaint,

IT IS HEREBY ORDERED that SI shall file its response to the Complaint by July 2, 2018.

**NO FURTHER EXTENSIONS**

Dated: May __15__, 2018

_____
Honorable S. James Otero