| | |
|---|---|
| 1 | **ROPES & GRAY LLP** |
| 2 | Robert A. Skinner (*pro hac vice*)<br>robert.skinner@ropesgray.com |
| 3 | Amy D. Roy (*pro hac vice*)<br>amy.roy@ropesgray.com |
| 4 | Prudential Tower<br>800 Boylston Street |
| 5 | Boston, MA 02199<br>Tel: (617) 951 7000 |
| 6 | Fax: (617) 951 7050 |
| 7 | **SEYFARTH SHAW LLP** |
| 8 | Dean A. Martoccia (SBN 193185)<br>dmartoccia@seyfarth.com |
| 9 | 601 South Figueroa Street, Suite 3300<br>Los Angeles, CA 90017 |
| 10 | Tel: (213) 270 9600<br>Fax: (213) 270 9601 |
| 11 | Attorneys for Defendants |
| 12 | WESTERN ASSET MANAGEMENT COMPANY,<br>WESTERN ASSET MANAGEMENT COMPANY LTD., |
| 13 | WESTERN ASSET MANAGEMENT COMPANY LIMITED,<br>WESTERN ASSET MANAGEMENT COMPANY PTE. LTD. |
| 14 | |
| 15 | (*additional parties and counsel listed in signature block*) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HOWARD WINSTON, | Case No. 2:18-cv-03523-SJO-GJS |
| Plaintiff, | **JOINT NOTICE OF LODGING** |
| v. | |
| WESTERN ASSET MANAGEMENT COMPANY, *et al.*, | |
| Defendants | |

1 | On January 16, 2019, Howard Winston (the "Plaintiff") and Western Asset Management Company, LLC, Western Asset Management Company Ltd., Western Asset Management Company Limited, Western Asset Management Company Pte. Ltd. (collectively, the "Western Asset Defendants"), by their respective undersigned counsel, filed a stipulation dismissing with prejudice Counts II and III of the complaint, *see* Corrected Jt. Stip, ECF No. 75, which Plaintiff and the Western Asset Defendants had understood to be self-executing. Out of caution and in compliance with the Notice of Deficiency, ECF No. 77, Plaintiff and the Western Asset Defendants hereby lodge a proposed order.

For the avoidance of doubt, because Counts II and III of the complaint are dismissed with prejudice, the Western Asset Defendants will no longer be a party to this action.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Dated: January 18, 2019

Respectfully submitted,
**ROPES & GRAY LLP**
Robert A. Skinner (*pro hac vice*)
Amy D. Roy (*pro hac vice*)

**SEYFARTH SHAW LLP**
Dean A. Martoccia (SBN 193185)

By: /s/ *Robert A. Skinner*
Robert A. Skinner

*Attorneys for Defendants Western Asset Management Company, Western Asset Management Company Ltd., Western Asset Management Company Limited, Western Asset Management Company Pte. Ltd.*

**GLANCY PRONGAY & MURRAY LLP**
Kevin F. Ruf (SBN 136901)
Brian P. Murray (*pro hac vice*)
Garth A. Spencer (*pro hac vice*)

By: /s/ *Garth A. Spencer*
Garth A. Spencer
*Attorneys for Plaintiff*

## SIGNATURE ATTESTATION

I hereby attest, per the Court's Civil L.R. 5-4.3.4, that concurrence in the filing of this document has been obtained from Garth A. Spencer.

    /s/ *Robert A. Skinner*
Robert A. Skinner