| | |
|---|---|
| **ROPES & GRAY LLP**<br>Robert A. Skinner (*pro hac vice*)<br>robert.skinner@ropesgray.com<br>Amy D. Roy (*pro hac vice*)<br>amy.roy@ropesgray.com<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>Tel: (617) 951 7000<br>Fax: (617) 951 7050<br><br>**SEYFARTH SHAW LLP**<br>Dean A. Martoccia (SBN 193185)<br>dmartoccia@seyfarth.com<br>601 South Figueroa Street, Suite 3300<br>Los Angeles, CA 90017<br>Tel: (213) 270 9600<br>Fax: (213) 270 9601 | **NOT JS-6**<br><br>**FILED**<br>**CLERK, U.S. DISTRICT COURT**<br><br>January 28, 2019<br><br>**CENTRAL DISTRICT OF CALIFORNIA**<br>BY: ____VPC____ DEPUTY |

Attorneys for Defendants
WESTERN ASSET MANAGEMENT COMPANY,
WESTERN ASSET MANAGEMENT COMPANY LTD.,
WESTERN ASSET MANAGEMENT COMPANY LIMITED,
WESTERN ASSET MANAGEMENT COMPANY PTE. LTD.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HOWARD WINSTON,<br><br>         Plaintiff,<br><br>    v.<br><br>WESTERN ASSET MANAGEMENT COMPANY, *et al.*,<br><br>         Defendants | Case No. 2:18-cv-03523-SJO-GJS<br><br>[PROPOSED] ORDER ON CORRECTED STIPULATION OF DISMISSAL WITH PREJUDICE AGAINST THE WESTERN ASSET DEFENDANTS |

The Court, having considered the Corrected Stipulation of Dismissal with Prejudice Against the Western Asset Defendants, ECF No. 75, orders as follows:

Counts II and III of the Complaint are hereby **DISMISSED WITH PREJUDICE** and without costs awarded by the Court to any party.

Western Asset Management Company, LLC, Western Asset Management Company Ltd., Western Asset Management Company Limited, Western Asset Management Company Pte. Ltd. are hereby **DISMISSED WITH PREJUDICE** as parties to the case.

The Clerk is respectfully directed to terminate Western Asset Management Company, LLC, Western Asset Management Company Ltd., Western Asset Management Company Limited, Western Asset Management Company Pte. Ltd. as parties.

**IT IS SO ORDERED.**

DATED: 1/28/19

By: *S. James Otero*
Hon. S. James Otero
United States District Judge

//
//
//
//
//
//
//
//
//

[PROPOSED] ORDER ON CORRECTED STIPULATION OF DISMISSAL WITH PREJUDICE AGAINST THE WESTERN ASSET DEFENDANTS
CASE NO. 2:18-cv-03523-SJO-GJS