MATTHEW L. LARRABEE (SBN 97147)
matthew.larrabee@dechert.com
DAVID A. KOTLER *(pro hac vice)*
david.kotler@dechert.com
CATHERINE V. WIGGLESWORTH *(pro hac vice forthcoming)*
catherine.wigglesworth@dechert.com
CHRISTINE ISAACS *(pro hac vice)*
christine.isaacs@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 698-3500
Facsimile:   (212) 698-3599

JAY B. GOULD (SBN 135726)
Email: jgould@winston.com
DAN K. WEBB *(pro hac vice forthcoming)*
Email: dwebb@winston.com
STEVEN GRIMES *(pro hac vice forthcoming)*
Email: sgrimes@winston.com
KELLY MANNION *(pro hac vice forthcoming)*
Email: kmannion@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Attorneys for Defendant Security Investors, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD WINSTON,<br><br>              Plaintiff,<br><br>       v.<br><br>WESTERN ASSET MANAGEMENT COMPANY, WESTERN ASSET MANAGEMENT COMPANY LTD., WESTERN ASSET MANAGEMENT COMPANY LIMITED, WESTERN ASSET MANAGEMENT COMPANY PTE. LTD., and SECURITY INVESTORS, LLC,<br><br>              Defendants. | Case No.  2:18-CV-03523-SJO-GJS<br><br>**DEFENDANT SECURITY INVESTORS, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 12(a)(4), Defendant Security Investors, LLC ("SI" or "Defendant"), by and through their undersigned counsel, respond to Plaintiff's Complaint as follows:

In multiple allegations, the Complaint purports to quote from and/or summarize the contents of documents that were neither authored nor published by SI. With respect to such allegations, SI respectfully refer the Court to the documents at issue for the full and accurate contents thereof. To the extent that the headings used in the Complaint are intended to make averments of fact or characterizations of persons or events, they are denied.

1.      Denied. To the extent the allegations contained in Paragraph 1 are not directed to SI, no response is required from SI.

2.      SI admits that Plaintiff purports to bring a claim against it pursuant to Section 36(b) of the Investment Company Act of 1940 ("ICA").

3.      SI admits that, prior to April 27 2018, SI was the investment adviser to Western Asset Inflation-Linked Opportunities & Income Fund ("WIW") and that it charged fees to the Fund for providing certain investment advisory services. To the extent the allegations contained in Paragraph 3 are not directed to SI, no response is required from SI. The remaining allegation states legal conclusions to which no response is required.

4.      SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 and therefore denies those allegations.

5.      Denied. To the extent the allegations contained in Paragraph 5 are not directed to SI, no response is required from SI.

6.      SI admits that WIW paid SI an annual fee of approximately 60 basis points, as measured by WIW's average total assets, for the one year prior to the filing of this lawsuit, which is the relevant period under Section 36(b). The

1    remaining allegations contained in Paragraph 6 are not directed to SI and therefore

2    require no response from SI.

3          7.    Denied.  To the extent the allegations contained in Paragraph 7 are not

4    directed to SI, no response is required from SI.

5          8.    SI admits that Table 1 in Paragraph 8 purports to set forth Plaintiff's

6    calculation of hypothetical comparison of investment advisory fees paid by WIW in

7    its most recently ended fiscal year calculated at a different fee rate, but denies that

8    the hypothetical fee rate reflects or defines the range of arm's-length bargaining as

9    required for Plaintiff to prove a Section 36(b) claim against SI.  The allegations

10   contained in Paragraph 8 regarding Western Asset/Claymore Inflation-Linked

11   Securities & Income Fund ("WIA") are not directed to SI and therefore require no

12   response from SI.  SI denies the remaining allegations contained in Paragraph 8.

13         9.    The documents referenced in Paragraph 9 speak for themselves and SI

14   therefore denies any characterizations inconsistent with their terms.  SI denies the

15   remaining allegations contained in Paragraph 9.

16         10.    Denied.  To the extent the allegations contained in Paragraph 10 are

17   not directed to SI, no response is required from SI.

18         11.    Denied.  To the extent the allegations contained in Paragraph 11 are

19   not directed to SI, no response is required from SI.

20         12.    Denied.  SI lacks knowledge or information sufficient to form a belief

21   as to the truth of the allegations contained in Paragraph 12 and therefore denies

22   those allegations.  To the extent the allegations contained in Paragraph 12 are not

23   directed to SI, no response is required from SI.

24         13.    Denied.  To the extent the allegations contained in Paragraph 13

25   purport to state legal conclusions, no response is required.

26         14.    Denied.  To the extent the allegations contained in Paragraph 14

27   purport to state legal conclusions, no response is required.

28

15.     The allegation contained in Paragraph 15 purport to state legal conclusions to which no response is required.

16.     Admitted.

17.     Admitted.

18.     The allegations contained in Paragraph 18 are not directed to SI and therefore require no response from SI.

19.     SI admits that WIW's bylaws contain the provision quoted in Paragraph 19.  To the extent the allegations contained in Paragraph 19 purport to state legal conclusions, no response is required.  To the extent the allegations contained in Paragraph 19 are not directed to SI, no response is required from SI.

20.     Denied.  To the extent the allegations contained in Paragraph 20 purport to state legal conclusions, no response is required.  To the extent the allegations contained in Paragraph 20 are not directed to SI, no response is required from SI.

21.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and therefore denies those allegations.

22.     The allegations contained in Paragraph 22 are not directed to SI and therefore require no response from SI.

23.     The allegations contained in Paragraph 23 are not directed to SI and therefore require no response from SI.

24.     The allegations contained in Paragraph 24 are not directed to SI and therefore require no response from SI.

25.     The allegations contained in Paragraph 25 are not directed to SI and therefore require no response from SI.

26.     The allegations contained in Paragraph 26 are not directed to SI and therefore require no response from SI.

27.     SI admits that (i) SI is a limited liability company organized under the law of Kansas, (ii) SI maintains an office at 100 Wilshire Boulevard, Suite 500, Santa Monica, California 90401, and (iii) SI was the investment adviser to WIW until April 27, 2018, at which time it was replaced by Western Asset Management Co. ("WAMCO") (as that term is defined by Plaintiff in the Complaint).

28.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 and therefore denies those allegations.

29.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 and therefore denies those allegations.

30.     SI admits that WIW is closed-end fund.  The allegations contained in Paragraph 30 regarding WIA are not directed to SI and therefore require no response from SI.  SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in the remainder of Paragraph 30 and therefore denies those allegations.

31.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and therefore denies those allegations.

32.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 and therefore denies those allegations.

33.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 and therefore denies those allegations.

34.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and therefore denies those allegations.

35.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and therefore denies those allegations.

36.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 and therefore denies those allegations.

37.     Denied.  To the extent that the allegations contained in Paragraph 37 regarding WIA are not directed to SI, no response is required from SI.  SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in the remainder of Paragraph 37 and therefore denies those allegations

38.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and therefore denies those allegations.

39.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and therefore denies those allegations.

40.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 and therefore denies those allegations.  To the extent the allegations contained in Paragraph 40 purport to state legal conclusions, no response is required.

41.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 and therefore denies those allegations.

42.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and therefore denies those allegations.

43.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 and therefore denies those allegations.

44.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 and therefore denies those allegations.

45.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and therefore denies those allegations.

46.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and therefore denies those allegations.

47.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 and therefore denies those allegations.

48.     Denied.  To the extent the allegations contained in Paragraph 48 are not directed to SI, no response is required from SI.

49.     Denied.  To the extent the allegations contained in Paragraph 49 are not directed to SI, no response is required from SI.

50.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and therefore denies those allegations.

51.     Denied.  To the extent the allegations contained in Paragraph 51 are not directed to SI, no response is required from SI.

52.     Denied.  To the extent the allegations contained in Paragraph 52 are not directed to SI, no response is required from SI.

53.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and therefore denies those

1  allegations.  The quoted text in Paragraph 53 speaks for itself and SI therefore

2  denies any characterizations inconsistent with its terms.  To the extent the

3  allegations contained in Paragraph 53 purport to state legal conclusions, no

4  response is required.

5      54.    SI lacks knowledge or information sufficient to form a belief as to the

6  truth of the allegations contained in Paragraph 54 and therefore denies those

7  allegations.  The quoted text in Paragraph 54 speaks for itself and SI therefore

8  denies any characterizations inconsistent with its terms.  To the extent the

9  allegations contained in Paragraph 54 purport to state legal conclusions, no

10  response is required.

11      55.    SI lacks knowledge or information sufficient to form a belief as to the

12  truth of the allegations contained in Paragraph 55 and therefore denies those

13  allegations.  The quoted text referenced in Paragraph 55 speaks for itself and SI

14  therefore denies any characterizations inconsistent with its terms.  To the extent the

15  allegations contained in Paragraph 55 purport to state legal conclusions, no

16  response is required.

17      56.    SI lacks knowledge or information sufficient to form a belief as to the

18  truth of the allegations contained in Paragraph 56 and therefore denies those

19  allegations.  The article referenced in Paragraph 56 speaks for itself and SI

20  therefore denies any characterizations inconsistent with its terms.

21      57.    Denied.  To the extent the allegations contained in Paragraph 57 are

22  not directed to SI, no response is required from SI.

23      58.    SI lacks knowledge or information sufficient to form a belief as to the

24  truth of the allegations contained in Paragraph 58 and therefore denies those

25  allegations.  The quoted text referenced in Paragraph 58 speaks for itself and SI

26  therefore denies any characterizations inconsistent with its terms.  To the extent the

27  allegations contained in Paragraph 58 purport to state legal conclusions, no

28  response is required.

59.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 and therefore denies those allegations.  The quoted text referenced in Paragraph 59 speaks for itself and SI therefore denies any characterizations inconsistent with its terms.  To the extent the allegations contained in Paragraph 59 purport to state legal conclusions, no response is required.

60.     Denied.  To the extent the allegations contained in Paragraph 60 are not directed to SI, no response is required from SI.

61.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 and therefore denies those allegations.  The document referenced in Paragraph 61 speaks for itself and SI therefore denies any characterizations inconsistent with its terms.

62.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 and therefore denies those allegations.  The document referenced in Paragraph 62 speaks for itself and SI therefore denies any characterizations inconsistent with its terms.

63.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 and therefore denies those allegations.  The document referenced in Paragraph 63 speaks for itself and SI therefore denies any characterizations inconsistent with its terms.

64.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 and therefore denies those allegations.  The quoted text referenced in Paragraph 64 speaks for itself and SI therefore denies any characterizations inconsistent with its terms.  To the extent the allegations contained in Paragraph 64 purport to state legal conclusions, no response is required.

65.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 and therefore denies those

1   allegations.  The quoted text referenced in Paragraph 65 speaks for itself and SI

2   therefore denies any characterizations inconsistent with its terms.  To the extent the

3   allegations contained in Paragraph 65 purport to state legal conclusions, no

4   response is required.

5           66.    SI lacks knowledge or information sufficient to form a belief as to the

6   truth of the allegations contained in Paragraph 66 and therefore denies those

7   allegations.  The quoted text referenced in Paragraph 66 speaks for itself and SI

8   therefore denies any characterizations inconsistent with its terms.  To the extent the

9   allegations contained in Paragraph 66 purport to state legal conclusions, no

10  response is required.

11          67.    SI lacks knowledge or information sufficient to form a belief as to the

12  truth of the allegations contained in Paragraph 67 and therefore denies those

13  allegations.  The document referenced in Paragraph 67 speaks for itself and SI

14  therefore denies any characterizations inconsistent with its terms.  To the extent the

15  allegations contained in Paragraph 67 purport to state legal conclusions, no

16  response is required.

17          68.    SI lacks knowledge or information sufficient to form a belief as to the

18  truth of the allegations contained in Paragraph 68 and therefore denies those

19  allegations.  To the extent the allegations contained in Paragraph 68 purport to state

20  legal conclusions, no response is required.

21          69.    SI lacks knowledge or information sufficient to form a belief as to the

22  truth of the allegations contained in Paragraph 69 and therefore denies those

23  allegations.  To the extent the allegations contained in Paragraph 69 purport to state

24  legal conclusions, no response is required.

25          70.    SI lacks knowledge or information sufficient to form a belief as to the

26  truth of the allegations contained in Paragraph 70 and therefore denies those

27  allegations.  The quoted text referenced in Paragraph 70 speaks for itself and SI

28  therefore denies any characterizations inconsistent with its terms.  To the extent the

1   allegations contained in Paragraph 70 purport to state legal conclusions, no

2   response is required.

3        71.    SI lacks knowledge or information sufficient to form a belief as to the

4   truth of the allegations contained in Paragraph 71 and therefore denies those

5   allegations.  The quoted text referenced in Paragraph 71 speaks for itself and SI

6   therefore denies any characterizations inconsistent with its terms.  To the extent the

7   allegations contained in Paragraph 71 purport to state legal conclusions, no

8   response is required.

9        72.    SI lacks knowledge or information sufficient to form a belief as to the

10  truth of the allegations contained in Paragraph 72 and therefore denies those

11  allegations.

12       73.    SI lacks knowledge or information sufficient to form a belief as to the

13  truth of the allegations contained in Paragraph 73 and therefore denies those

14  allegations.  The quoted text referenced in Paragraph 73 speaks for itself and SI

15  therefore denies any characterizations inconsistent with its terms.

16       74.    SI lacks knowledge or information sufficient to form a belief as to the

17  truth of the allegations contained in Paragraph 74 and therefore denies those

18  allegations.

19       75.    SI lacks knowledge or information sufficient to form a belief as to the

20  truth of the allegations contained in Paragraph 75 and therefore denies those

21  allegations.

22       76.    SI lacks knowledge or information sufficient to form a belief as to the

23  truth of the allegations contained in Paragraph 76 and therefore denies those

24  allegations.

25       77.    SI lacks knowledge or information sufficient to form a belief as to the

26  truth of the allegations contained in Paragraph 77 and therefore denies those

27  allegations

28

78.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 and therefore denies those allegations.

79.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 and therefore denies those allegations.

80.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and therefore denies those allegations.

81.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and therefore denies those allegations.

82.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 and therefore denies those allegations.

83.     Denied, except that SI admits that WIW's advisory fee was set forth annually in the advisory agreement approved by the Board.  To the extent the allegations contained in Paragraph 83 are not directed to SI, no response is required from SI.

84.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and therefore denies those allegations.

85.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 and therefore denies those allegations.

86.     SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 and therefore denies those allegations.

87.    SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and therefore denies those allegations.

88.    SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 and therefore denies those allegations.

89.    SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 and therefore denies those allegations.

90.    SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 and therefore denies those allegations.

91.    SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 and therefore denies those allegations.

92.    SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 and therefore denies those allegations.

93.    SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 and therefore denies those allegations.

94.    Denied.  SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 and therefore denies those allegations.  To the extent the allegations contained in Paragraph 94 are not directed to SI, no response is required from SI.

95.    Denied.  To the extent the allegations contained in Paragraph 95 are not directed to SI, no response is required from SI.

96.     Denied.  To the extent the allegations contained in Paragraph 96 are not directed to SI, no response is required from SI.

97.     Denied.  To the extent the allegations contained in Paragraph 97 are not directed to SI, no response is required from SI.

98.     Denied.  To the extent the allegations contained in Paragraph 98 are not directed to SI, no response is required from SI.  To the extent that the allegations contained in Paragraph 98 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

99.     Denied.  To the extent the allegations contained in Paragraph 99 are not directed to SI, no response is required from SI.  To the extent that the allegations contained in Paragraph 99 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

100.   Denied.  To the extent the allegations contained in Paragraph 100 are not directed to SI, no response is required from SI.  To the extent that the allegations contained in Paragraph 100 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

101.   Paragraph 101 contains no allegations and thus no response is required.

102.   The allegations contained in Paragraph 102 are not directed to SI and therefore require no response from SI.

103.   The allegations contained in Paragraph 103 are not directed to SI and therefore require no response from SI.

104.   The allegations contained in Paragraph 104 are not directed to SI and therefore require no response from SI.

105.   The allegations contained in Paragraph 105 are not directed to SI and therefore require no response from SI.

106.   The allegations contained in Paragraph 106 are not directed to SI and therefore require no response from SI.

107.   The allegations contained in Paragraph 107 are not directed to SI and therefore require no response from SI.

108.   The allegations contained in Paragraph 108 are not directed to SI and therefore require no response from SI.

109.   The allegations contained in Paragraph 109 are not directed to SI and therefore require no response from SI.

110.   The allegations contained in Paragraph 110 are not directed to SI and therefore require no response from SI.

111.   Admitted.

112.   Admitted, except that SI denies that Guggenheim (as that term is defined by Plaintiff in the Complaint) has "$305 billion in assets under management."

113.   Denied, other than that SI admits that Guggenheim provides investment advice.

114.   Admitted except that SI denies WIW was created "in or about 2003." To the extent the allegations contained in Paragraph 114 are not directed to SI, no response is required from SI.

115.   Denied.

116.   Denied.  To the extent that the allegations contained in Paragraph 116 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

117.   Denied.  To the extent that the allegations contained in Paragraph 117 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

118.   Denied.

119.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 119 and therefore denies those

1   allegations.  To the extent the allegations contained in Paragraph 119 are not

2   directed to SI, no response is required from SI.

3       120.   SI lacks knowledge or information sufficient to form a belief as to the

4   truth of the allegations contained in Paragraph 120 and therefore denies those

5   allegations.  To the extent the allegations contained in Paragraph 120 are not

6   directed to SI, no response is required from SI.

7       121.   Denied.  To the extent that the allegations contained in Paragraph 121

8   refer to publicly-available documents, SI denies any characterizations inconsistent

9   with the terms of such documents.  To the extent the allegations contained in

10   Paragraph 121 are not directed to SI, no response is required from SI.

11       122.   Denied, other than SI admits that WIW has not repurchased any

12   shares.  To the extent the allegations contained in Paragraph 122 are not directed to

13   SI, no response is required from SI.

14       123.   Denied.  To the extent that the allegations contained in Paragraph 123

15   refer to publicly-available documents, SI denies any characterizations inconsistent

16   with the terms of such documents.  To the extent the allegations contained in

17   Paragraph 123 are not directed to SI, no response is required from SI.

18       124.   To the extent that the allegations contained in Paragraph 124 refer to

19   publicly-available documents, SI denies any characterizations inconsistent with the

20   terms of such documents.  To the extent the allegations contained in Paragraph 124

21   are not directed to SI, no response is required from SI.

22       125.   Denied.  To the extent the allegations contained in Paragraph 125 are

23   not directed to SI, no response is required from SI.

24       126.   Denied.  To the extent that the allegations contained in Paragraph 126

25   refer to publicly-available documents, SI denies any characterizations inconsistent

26   with the terms of such documents.  To the extent the allegations contained in

27   Paragraph 126 are not directed to SI, no response is required from SI.

28

127.   Denied.  The documents referenced in Paragraph 127 speaks for itself and SI therefore denies any characterizations inconsistent with their terms.  To the extent the allegations contained in Paragraph 127 are not directed to SI, no response is required from SI.

128.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 128 and therefore denies those allegations.  To the extent the allegations contained in Paragraph 128 are not directed to SI, no response is required from SI.

129.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 129 and therefore denies those allegations.  To the extent the allegations contained in Paragraph 129 are not directed to SI, no response is required from SI.

130.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 130 and therefore denies those allegations.  The document referenced in Paragraph 130 speaks for itself and SI therefore denies any characterizations inconsistent with its terms.  To the extent the allegations contained in Paragraph 130 are not directed to SI, no response is required from SI.

131.   Denied.  To the extent the allegations contained in Paragraph 131 are not directed to SI, no response is required from SI.

132.   To the extent that the allegations contained in Paragraph 132 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 132 are not directed to SI, no response is required from SI.

133.   To the extent that the allegations contained in Paragraph 133 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 133 are not directed to SI, no response is required from SI.

134.   Denied.  To the extent that the allegations contained in Paragraph 134 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 134 are not directed to SI, no response is required from SI.

135.   To the extent that the allegations contained in Paragraph 135 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 135 are not directed to SI, no response is required from SI.

136.   To the extent that the allegations contained in Paragraph 136 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 136 are not directed to SI, no response is required from SI.

137.   To the extent that the allegations contained in Paragraph 137 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 137 are not directed to SI, no response is required from SI.

138.   To the extent that the allegations contained in Paragraph 138 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 138 are not directed to SI, no response is required from SI.

139.   To the extent that the allegations contained in Paragraph 139 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 139 are not directed to SI, no response is required from SI.

140.   Denied.  To the extent that the allegations contained in Paragraph 140 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 140 are not directed to SI, no response is required from SI.

141.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 and therefore denies those allegations.  To the extent the allegations contained in Paragraph 141 are not directed to SI, no response is required from SI.

142.   Admitted.

143.   Admitted, other than to the extent that the allegations contained in Paragraph 143 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

144.   Admitted, other than to the extent that the allegations contained in Paragraph 144 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

145.   Admitted, other than to the extent that the allegations contained in Paragraph 145 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

146.   Admitted, other than to the extent that the allegations contained in Paragraph 146 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

147.   Admitted, other than to the extent that the allegations contained in Paragraph 147 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

148.   Admitted, other than to the extent that the allegations contained in Paragraph 148 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

149.   Admitted, other than to the extent that the allegations contained in Paragraph 149 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

150.   Admitted, other than to the extent that the allegations contained in Paragraph 150 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

151.   Admitted, other than to the extent that the allegations contained in Paragraph 151 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

152.   Admitted, other than that to the extent that the allegations contained in Paragraph 152 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

153.   Admitted, other than that to the extent that the allegations contained in Paragraph 153 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

154.   SI admits that Table 5 in Paragraph 154 purports to set forth Plaintiff's calculation of an average discount to NAV at which WIW's shares have traded from 2013-2017.  To the extent that the allegations contained in Paragraph 154 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

155.   Admitted.

156.   Admitted, other than that to the extent that the allegations contained in Paragraph 156 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

157.   SI admits that it was WIW's primary investment adviser until April 27, 2018, and that as of that time WIW's investment sub-advisers were WAMCO, WA Japan, WA London, and WA Singapore.

158.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 158 and therefore denies those allegations.  To the extent that the allegations contained in Paragraph 158 refer to publicly-available documents, SI denies any characterizations inconsistent with the

terms of such documents.  To the extent the allegations contained in Paragraph 158 are not directed to SI, no response is required from SI.

159.   SI admits the amounts of fees referenced in Paragraph 159 but otherwise denies the allegations contained in Paragraph 159.

160.   Denied.  The text of the agreements referenced in Paragraph 160 speaks for themselves and SI therefore denies any characterizations inconsistent with their terms.

161.   The text of the agreement referenced in Paragraph 161 speaks for itself and SI therefore denies any characterizations inconsistent with its terms.

162.   Denied.  To the extent that the allegations contained in Paragraph 162 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

163.   The text of the agreement referenced in Paragraph 163 speaks for itself and SI therefore denies any characterizations inconsistent with its terms.

164.   The text of the agreement referenced in Paragraph 164 speaks for itself and SI therefore denies any characterizations inconsistent with its terms.

165.   The text of the agreement referenced in Paragraph 165 speaks for itself and SI therefore denies any characterizations inconsistent with its terms.

166.   The text of the agreements referenced in Paragraph 166 speak for themselves and SI therefore denies any characterizations inconsistent with their terms.

167.   The text of the agreement referenced in Paragraph 167 speaks for itself and SI therefore denies any characterizations inconsistent with its terms.

168.   To the extent that the allegations contained in Paragraph 168 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

169.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 169 and therefore denies those

1    allegations.  To the extent that the allegations contained in Paragraph 169 refer to
2    publicly-available documents, SI denies any characterizations inconsistent with the
3    terms of such documents.

4        170.  To the extent that the allegations contained in Paragraph 170 refer to
5    publicly-available documents, SI denies any characterizations inconsistent with the
6    terms of such documents.

7        171.  Denied.  SI lacks knowledge or information sufficient to form a belief
8    as to the truth of the allegations contained in Paragraph 171 and therefore denies
9    those allegations.   To the extent that the allegations contained in Paragraph 171
10   refer to publicly-available documents, SI denies any characterizations inconsistent
11   with the terms of such documents.

12       172.  Denied.  SI lacks knowledge or information sufficient to form a belief
13   as to the truth of the allegations contained in Paragraph 172 and therefore denies
14   those allegations.  To the extent that the allegations contained in Paragraph 172
15   refer to publicly-available documents, SI denies any characterizations inconsistent
16   with the terms of such documents.

17       173.  Denied.  SI lacks knowledge or information sufficient to form a belief
18   as to the truth of the allegations contained in Paragraph 173 and therefore denies
19   those allegations.   To the extent that the allegations contained in Paragraph 173
20   refer to publicly-available documents, SI denies any characterizations inconsistent
21   with the terms of such documents.

22       174.  Denied.  SI lacks knowledge or information sufficient to form a belief
23   as to the truth of the allegations contained in Paragraph 174 and therefore denies
24   those allegations.   To the extent that the allegations contained in Paragraph 174
25   refer to publicly-available documents, SI denies any characterizations inconsistent
26   with the terms of such documents.

27

28

175.   Admitted, other than that to the extent that the allegations contained in Paragraph 175 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

176.   Admitted.

177.   Admitted.

178.   Admitted.

179.   Admitted, other than that to the extent that the allegations contained in Paragraph 179 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

180.   Denied.  To the extent that the allegations contained in Paragraph 180 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

181.   Denied.  To the extent that the allegations contained in Paragraph 181 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

182.   To the extent that the allegations contained in Paragraph 182 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

183.   Denied.  To the extent that the allegations contained in Paragraph 183 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

184.   Denied.  To the extent that the allegations contained in Paragraph 184 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

185.   The allegations contained in Paragraph 185 are not directed to SI and therefore require no response from SI.

186.   The allegations contained in Paragraph 186 are not directed to SI and therefore require no response from SI.

187.   The allegations contained in Paragraph 187 are not directed to SI and therefore require no response from SI.

188.   The allegations contained in Paragraph 188 are not directed to SI and therefore require no response from SI.

189.   The allegations contained in Paragraph 189 are not directed to SI and therefore require no response from SI.

190.   The allegations contained in Paragraph 190 are not directed to SI and therefore require no response from SI.

191.   The allegations contained in Paragraph 191 are not directed to SI and therefore require no response from SI.

192.   The allegations contained in Paragraph 192 are not directed to SI and therefore require no response from SI.

193.   The allegations contained in Paragraph 193 are not directed to SI and therefore require no response from SI.

194.   The allegations contained in Paragraph 194 are not directed to SI and therefore require no response from SI.

195.   The allegations contained in Paragraph 195 are not directed to SI and therefore require no response from SI.

196.   The allegations contained in Paragraph 196 are not directed to SI and therefore require no response from SI.

197.   The allegations contained in Paragraph 197 are not directed to SI and therefore require no response from SI.

198.   The allegations contained in Paragraph 198 are not directed to SI and therefore require no response from SI.

199.   The allegations contained in Paragraph 199 are not directed to SI and therefore require no response from SI.

200.   The allegations contained in Paragraph 200 are not directed to SI and therefore require no response from SI.

201.   The allegations contained in Paragraph 201 are not directed to SI and therefore require no response from SI.

202.   The allegations contained in Paragraph 202 are not directed to SI and therefore require no response from SI.

203.   The allegations contained in Paragraph 203 are not directed to SI and therefore require no response from SI.

204.   The allegations contained in Paragraph 204 are not directed to SI and therefore require no response from SI.

205.   To the extent that the allegations contained in Paragraph 205 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 205 are not directed to SI, no response is required from SI.

206.   The allegations contained in Paragraph 206 are not directed to SI and therefore require no response from SI.

207.   The allegations contained in Paragraph 207 are not directed to SI and therefore require no response from SI.

208.   The allegations contained in Paragraph 208 are not directed to SI and therefore require no response from SI.

209.   The allegations contained in Paragraph 209 are not directed to SI and therefore require no response from SI.

210.   The allegations contained in Paragraph 210 are not directed to SI and therefore require no response from SI.

211.   The allegations contained in Paragraph 211 are not directed to SI and therefore require no response from SI.

212.   The allegations contained in Paragraph 212 are not directed to SI and therefore require no response from SI.

213.   The allegations contained in Paragraph 213 are not directed to SI and therefore require no response from SI.

214.   The allegations contained in Paragraph 214 are not directed to SI and therefore require no response from SI.

215.   The allegations contained in Paragraph 215 are not directed to SI and therefore require no response from SI.

216.   The allegations contained in Paragraph 216 are not directed to SI and therefore require no response from SI.

217.   The allegations contained in Paragraph 217 are not directed to SI and therefore require no response from SI.

218.   The allegations contained in Paragraph 218 are not directed to SI and therefore require no response from SI.

219.   SI admits that it was WIA's servicing agent until April 26, 2018.  To the extent the allegations contained in Paragraph 219 are not directed to SI, no response is required from SI.

220.   Denied.  To the extent that the allegations contained in Paragraph 220 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 220 are not directed to SI, no response is required from SI.

221.   Denied.  To the extent that the allegations contained in Paragraph 221 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 221 are not directed to SI, no response is required from SI.

222.   To the extent that the allegations contained in Paragraph 222 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 222 are not directed to SI, no response is required from SI.

223.   To the extent that the allegations contained in Paragraph 223 refer to publicly-available documents, SI denies any characterizations inconsistent with the

terms of such documents.  To the extent the allegations contained in Paragraph 223 are not directed to SI, no response is required from SI.

224.  To the extent that the allegations contained in Paragraph 224 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 224 are not directed to SI, no response is required from SI.

225.  Denied.  To the extent the allegations contained in Paragraph 225 are not directed to SI, no response is required from SI.

226.  Admitted except that SI denies the allegation that WIW and WIA are all for practical purposes managed together as one by Guggenheim and Western Asset.  To the extent the allegations contained in Paragraph 226 are not directed to SI, no response is required from SI.

227.  Denied, other than admitted that WIW and WIA have the same Trustees.  To the extent the allegations contained in Paragraph 227 are not directed to SI, no response is required from SI.

228.  Denied.  To the extent the allegations contained in Paragraph 228 are not directed to SI, no response is required from SI.

229.  Denied. To the extent that the allegations contained in Paragraph 229 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 229 are not directed to SI, no response is required from SI

230.  Denied.  To the extent that the allegations contained in Paragraph 230 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 230 are not directed to SI, no response is required from SI.

231.  Denied.  To the extent that the allegations contained in Paragraph 231 refer to publicly-available documents, SI denies any characterizations inconsistent

with the terms of such documents.  To the extent the allegations contained in Paragraph 231 are not directed to SI, no response is required from SI.

232.   Denied.  To the extent that the allegations contained in Paragraph 232 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 232 are not directed to SI, no response is required from SI.

233.   Denied.  To the extent that the allegations contained in Paragraph 233 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 233 are not directed to SI, no response is required from SI.

234.   Denied.  To the extent the allegations contained in Paragraph 234 are not directed to SI, no response is required from SI.

235.   Denied.  To the extent the allegations contained in Paragraph 235 are not directed to SI, no response is required from SI.

236.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 236 and therefore denies those allegations.

237.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 237 and therefore denies those allegations.

238.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 238 and therefore denies those allegations.

239.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 239 and therefore denies those allegations.

1    240.   SI lacks knowledge or information sufficient to form a belief as to the
2  truth of the allegations contained in Paragraph 240 and therefore denies those
3  allegations.

4    241.   SI lacks knowledge or information sufficient to form a belief as to the
5  truth of the allegations contained in Paragraph 241 and therefore denies those
6  allegations.

7    242.   SI lacks knowledge or information sufficient to form a belief as to the
8  truth of the allegations contained in Paragraph 242 and therefore denies those
9  allegations.

10    243.   SI lacks knowledge or information sufficient to form a belief as to the
11  truth of the allegations contained in Paragraph 243 and therefore denies those
12  allegations.

13    244.   SI lacks knowledge or information sufficient to form a belief as to the
14  truth of the allegations contained in Paragraph 244 and therefore denies those
15  allegations.

16    245.   SI lacks knowledge or information sufficient to form a belief as to the
17  truth of the allegations contained in Paragraph 245 and therefore denies those
18  allegations.

19    246.   SI lacks knowledge or information sufficient to form a belief as to the
20  truth of the allegations contained in Paragraph 246 and therefore denies those
21  allegations.

22    247.   SI lacks knowledge or information sufficient to form a belief as to the
23  truth of the allegations contained in Paragraph 247 and therefore denies those
24  allegations.

25    248.   SI lacks knowledge or information sufficient to form a belief as to the
26  truth of the allegations contained in Paragraph 248 and therefore denies those
27  allegations.

28

249.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 249 and therefore denies those allegations.

250.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 250 and therefore denies those allegations.

251.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 251 and therefore denies those allegations.

252.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 252 and therefore denies those allegations.

253.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 253 and therefore denies those allegations.

254.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 254 and therefore denies those allegations.

255.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 255 and therefore denies those allegations.

256.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 256 and therefore denies those allegations.

257.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 257 and therefore denies those allegations.

258.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 258 and therefore denies those allegations.

259.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 259 and therefore denies those allegations.

260.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 260 and therefore denies those allegations.

261.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 261 and therefore denies those allegations.

262.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 262 and therefore denies those allegations.

263.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 263 and therefore denies those allegations.

264.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 264 and therefore denies those allegations.

265.   Denied.  To the extent that the allegations contained in Paragraph 265 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 265 are not directed to SI, no response is required from SI.

266.   Denied.  To the extent that the allegations contained in Paragraph 266 refer to publicly-available documents, SI denies any characterizations inconsistent

with the terms of such documents.  To the extent the allegations contained in Paragraph 266 are not directed to SI, no response is required from SI.

267.   Denied.  To the extent that the allegations contained in Paragraph 267 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 267 are not directed to SI, no response is required from SI.

268.   Denied.  To the extent that the allegations contained in Paragraph 268 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 268 are not directed to SI, no response is required from SI.

269.   Denied.  To the extent that the allegations contained in Paragraph 269 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 269 are not directed to SI, no response is required from SI.

270.   Denied.  To the extent that the allegations contained in Paragraph 270 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 270 are not directed to SI, no response is required from SI.

271.   Denied.  To the extent that the allegations contained in Paragraph 271 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 271 are not directed to SI, no response is required from SI.

272.   Denied.  To the extent that the allegations contained in Paragraph 272 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 272 are not directed to SI, no response is required from SI.

273.   Denied, other than that SI admits that Image 8 in Paragraph 273 purports to set forth Plaintiff's calculation of the total return for $10,000 invested in

each of WAFSX, WIW and WIA from January 1, 2005 to December 31, 2017. To the extent that the allegations contained in Paragraph 273 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents. To the extent the allegations contained in Paragraph 273 are not directed to SI, no response is required from SI.

274.   Denied. To the extent that the allegations contained in Paragraph 274 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents. To the extent the allegations contained in Paragraph 274 are not directed to SI, no response is required from SI.

275.   Denied. To the extent that the allegations contained in Paragraph 275 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents. To the extent the allegations contained in Paragraph 275 are not directed to SI, no response is required from SI.

276.   Denied. To the extent that the allegations contained in Paragraph 276 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents. To the extent the allegations contained in Paragraph 276 are not directed to SI, no response is required from SI.

277.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 277 and therefore denies those allegations. To the extent the allegations contained in Paragraph 277 are not directed to SI, no response is required from SI.

278.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 278 and therefore denies those allegations. To the extent the allegations contained in Paragraph 278 are not directed to SI, no response is required from SI.

279.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 279 and therefore denies those

allegations.  To the extent the allegations contained in Paragraph 279 are not directed to SI, no response is required from SI.

280.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 280 and therefore denies those allegations.  To the extent the allegations contained in Paragraph 280 are not directed to SI, no response is required from SI.

281.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 281 and therefore denies those allegations.  To the extent the allegations contained in Paragraph 281 are not directed to SI, no response is required from SI.

282.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 282 and therefore denies those allegations.  To the extent that the allegations contained in Paragraph 282 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 282 are not directed to SI, no response is required from SI.

283.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 283 and therefore denies those allegations.  To the extent the allegations contained in Paragraph 283 are not directed to SI, no response is required from SI.

284.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 284 and therefore denies those allegations.  To the extent the allegations contained in Paragraph 284 are not directed to SI, no response is required from SI.

285.   SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 285 and therefore denies those allegations.  To the extent the allegations contained in Paragraph 285 are not directed to SI, no response is required from SI.

1    286.   SI lacks knowledge or information sufficient to form a belief as to the

2    truth of the allegations contained in Paragraph 286 and therefore denies those

3    allegations.  To the extent the allegations contained in Paragraph 286 are not

4    directed to SI, no response is required from SI.

5    287.   Denied.  To the extent that the allegations contained in Paragraph 287

6    refer to publicly-available documents, SI denies any characterizations inconsistent

7    with the terms of such documents.  To the extent the allegations contained in

8    Paragraph 287 are not directed to SI, no response is required from SI.

9    288.   Denied.  To the extent that the allegations contained in Paragraph 288

10   refer to publicly-available documents, SI denies any characterizations inconsistent

11   with the terms of such documents.  To the extent the allegations contained in

12   Paragraph 288 are not directed to SI, no response is required from SI.

13   289.   Denied.  To the extent that the allegations contained in Paragraph 289

14   refer to publicly-available documents, SI denies any characterizations inconsistent

15   with the terms of such documents.  To the extent the allegations contained in

16   Paragraph 289 are not directed to SI, no response is required from SI.

17   290.   Denied.  To the extent that the allegations contained in Paragraph 290

18   refer to publicly-available documents, SI denies any characterizations inconsistent

19   with the terms of such documents.  To the extent the allegations contained in

20   Paragraph 290 are not directed to SI, no response is required from SI.

21   291.   Denied.  To the extent that the allegations contained in Paragraph 291

22   refer to publicly-available documents, SI denies any characterizations inconsistent

23   with the terms of such documents.  To the extent the allegations contained in

24   Paragraph 291 are not directed to SI, no response is required from SI.

25   292.   To the extent that the allegations contained in Paragraph 292 refer to

26   publicly-available documents, SI denies any characterizations inconsistent with the

27   terms of such documents.  To the extent the allegations contained in Paragraph 292

28   are not directed to SI, no response is required from SI.

293.   Denied.  To the extent that the allegations contained in Paragraph 293 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 293 are not directed to SI, no response is required from SI.

294.   Denied.  To the extent that the allegations contained in Paragraph 294 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 294 are not directed to SI, no response is required from SI.

295.   Denied, other than that SI admits that it was the primary investment adviser to WIW until April 27, 2018, and that the Western Asset Defendants (as that term is defined by Plaintiff) provided certain sub-advisory services to WIW.

296.   Denied, other than that SI admits each of the referenced portfolio managers is an employee of Western Asset.

297.   Denied.  To the extent that the allegations contained in Paragraph 297 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 297 are not directed to SI, no response is required from SI.

298.   Denied.  To the extent that the allegations contained in Paragraph 298 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 298 are not directed to SI, no response is required from SI.

299.   Denied.

300.   Denied.  To the extent that the allegations contained in Paragraph 300 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

301.   Denied.  To the extent that the allegations contained in Paragraph 301 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

302.   Denied.  To the extent that the allegations contained in Paragraph 302 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 302 are not directed to SI, no response is required from SI.

303.   Denied.

304.   Denied.  To the extent that the allegations contained in Paragraph 304 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

305.   Denied.  To the extent that the allegations contained in Paragraph 305 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 305 are not directed to SI, no response is required from SI.

306.   Denied.  To the extent that the allegations contained in Paragraph 306 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 306 are not directed to SI, no response is required from SI.

307.   Denied.  To the extent that the allegations contained in Paragraph 307 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

308.   Denied.

309.   Denied.

310.   Denied.

311.   SI admits that the fee amounts recited in Paragraph 311 are accurate for the one year prior to the filing of this lawsuit, *i.e.*, between April 26, 2017 and April 26, 2018.  To the extent that Paragraph 311 suggests that those fee amounts continued beyond April 27, 2018, on which date SI ceased acting as the investment adviser to WIW, SI denies the allegations contained in Paragraph 311.

1    312.   Denied, other than that SI admits the fee amounts referenced in

2  Paragraph 312.

3    313.   Denied.

4    314.   Denied.

5    315.   Denied.

6    316.   Denied.

7    317.   Denied.  To the extent that the allegations contained in Paragraph 317

8  refer to publicly-available documents, SI denies any characterizations inconsistent

9  with the terms of such documents.

10   318.   Denied.

11   319.   Denied.

12   320.   Denied.

13   321.   Denied, other than SI admits serving as WIA's servicing agent from

14 February 1, 2018 to April 26, 2018.

15   322.   Denied.  To the extent that the allegations contained in Paragraph 322

16 refer to publicly-available documents, SI denies any characterizations inconsistent

17 with the terms of such documents.  To the extent the allegations contained in

18 Paragraph 322 are not directed to SI, no response is required from SI.

19   323.   SI denies that WIA's servicing fee substantially exceeds the cost of

20 similar services for other funds.  SI lacks knowledge or information sufficient to

21 form a belief as to the truth of the remaining allegations contained in Paragraph 323

22 and therefore denies those allegations.  To the extent the allegations contained in

23 Paragraph 323 are not directed to SI, no response is required from SI.

24   324.   Denied.  To the extent that the allegations contained in Paragraph 324

25 refer to publicly-available documents, SI denies any characterizations inconsistent

26 with the terms of such documents.  To the extent the allegations contained in

27 Paragraph 324 are not directed to SI, no response is required from SI.

28

325.   Denied.  To the extent the allegations contained in Paragraph 325 are not directed to SI, no response is required from SI.

326.   Denied, other than that SI admits that WIW's Board of Trustees consists of Michael Larson, Ronald A. Nyberg, Ronald E. Toupin, Jr., and that Jane Trust resigned from the Board on December 19, 2017.

327.   Denied.

328.   Denied.

329.   Denied.

330.   Denied.  To the extent that the allegations contained in Paragraph 330 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

331.   Denied.  The referenced agreement speaks for itself and SI therefore denies any characterizations inconsistent with its terms.

332.   Denied.

333.   Denied.

334.   To the extent that the allegations contained in Paragraph 334 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  SI lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 334 and therefore denies those allegations.

335.   To the extent that the allegations contained in Paragraph 335 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  SI lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 335 and therefore denies those allegations.

336.   To the extent that the allegations contained in Paragraph 336 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  SI lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 336 and therefore denies those allegations.

337.   To the extent that the allegations contained in Paragraph 337 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  SI lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 337 and therefore denies those allegations.

338.   Denied.

339.   Denied.

340.   Denied.

341.   Denied.

342.   Denied.  To the extent that the allegations contained in Paragraph 342 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

343.   Denied, other than that SI admits WIW's fees are calculated based on average total assets.

344.   Denied.

345.   Denied.  To the extent that the allegations contained in Paragraph 345 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

346.   Denied.

347.   Denied.  To the extent that the allegations contained in Paragraph 347 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

348.   Denied.  To the extent that the allegations contained in Paragraph 348 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

349.   Denied.

1    350.   SI lacks knowledge or information sufficient to form a belief as to the

2    truth of the allegations contained in Paragraph 350 and therefore denies those

3    allegations.

4    351.   SI lacks knowledge or information sufficient to form a belief as to the

5    truth of the allegations contained in Paragraph 351 and therefore denies those

6    allegations.

7    352.   Denied.

8    353.   SI lacks knowledge or information sufficient to form a belief as to the

9    truth of the allegations contained in Paragraph 353 and therefore denies those

10   allegations.

11   354.   SI lacks knowledge or information sufficient to form a belief as to the

12   truth of the allegations contained in Paragraph 354 and therefore denies those

13   allegations.

14   355.   Denied.

15   356.   Denied.

16   357.   SI lacks knowledge or information sufficient to form a belief as to the

17   truth of the allegations contained in Paragraph 357 and therefore denies those

18   allegations.

19   358.   Denied.

20   359.   Denied.

21   360.   Denied.

22   361.   Denied.

23   362.   SI lacks knowledge or information sufficient to form a belief as to the

24   truth of the allegations contained in Paragraph 362 and therefore denies those

25   allegations.

26   363.   Denied.  The text of the referenced documents speak for themselves

27   and SI therefore denies any characterizations inconsistent with their terms.

28   364.   Denied.

365.  Denied.

366.  Denied.

367.  SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 367 and therefore denies those allegations.  To the extent that the allegations contained in Paragraph 367 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

368.  Denied.

369.  To the extent that the allegations contained in Paragraph 369 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

370.  The referenced document speaks for itself and SI therefore denies any characterizations inconsistent with its terms.

371.  Denied.

372.  SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 372 and therefore denies those allegations.  To the extent that the allegations contained in Paragraph 372 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

373.  SI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 373 and therefore denies those allegations.  To the extent that the allegations contained in Paragraph 373 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.

374.  Denied.

375.  Denied.  The referenced document speaks for itself and SI therefore denies any characterizations inconsistent with its terms.

376.   The allegations contained in Paragraph 376 are not directed to SI and therefore require no response from SI.

377.   The allegations contained in Paragraph 377 are not directed to SI and therefore require no response from SI.

378.   The allegations contained in Paragraph 378 are not directed to SI and therefore require no response from SI.

379.   The allegations contained in Paragraph 379 are not directed to SI and therefore require no response from SI.

380.   The allegations contained in Paragraph 380 are not directed to SI and therefore require no response from SI.

381.   The allegations contained in Paragraph 381 are not directed to SI and therefore require no response from SI.

382.   The allegations contained in Paragraph 382 are not directed to SI and therefore require no response from SI.

383.   The allegations contained in Paragraph 383 are not directed to SI and therefore require no response from SI.

384.   The allegations contained in Paragraph 384 are not directed to SI and therefore require no response from SI.

385.   The allegations contained in Paragraph 385 are not directed to SI and therefore require no response from SI.

386.   SI admits that while SI was the investment adviser to WIW between April 26, 2017 and April 26, 2018 (*i.e.*, the only period at issue in this lawsuit), WIW paid SI annual fees equal to 0.60% of WIW's total assets and that SI paid WAMCO annual fees of 0.27% of WIW's total assets.  The remaining allegations contained in Paragraph 386 are not directed to SI and therefore require no response from SI.

387.   Denied, other than that SI admits the fee amounts referenced in Paragraph 387.

388.   Denied.  To the extent that the allegations contained in Paragraph 388 refer to publicly-available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 388 are not directed to SI, no response is required from SI.

389.   Denied.  To the extent the allegations contained in Paragraph 389 are not directed to SI, no response is required from SI.

390.   The allegations contained in Paragraph 390 are not directed to SI and therefore require no response from SI.

391.   The allegations contained in Paragraph 391 are not directed to SI and therefore require no response from SI.

392.   The allegations contained in Paragraph 392 are not directed to SI and therefore require no response from SI.

393.   The allegations contained in Paragraph 393 are not directed to SI and therefore require no response from SI.

394.   The allegations contained in Paragraph 394 are not directed to SI and therefore require no response from SI.

395.   The allegations contained in Paragraph 395 are not directed to SI and therefore require no response from SI.

396.   The allegations contained in Paragraph 396 are not directed to SI and therefore require no response from SI.

397.   The allegations contained in Paragraph 397 are not directed to SI and therefore require no response from SI.

398.   The allegations contained in Paragraph 398 are not directed to SI and therefore require no response from SI.

399.   The allegations contained in Paragraph 399 are not directed to SI and therefore require no response from SI.

400.   The allegations contained in Paragraph 400 are not directed to SI and therefore require no response from SI.

401.    The allegations contained in Paragraph 401 are not directed to SI and therefore require no response from SI.

402.    The allegations contained in Paragraph 402 are not directed to SI and therefore require no response from SI.

403.    The allegations contained in Paragraph 403 are not directed to SI and therefore require no response from SI.

404.    The allegations contained in Paragraph 404 are not directed to SI and therefore require no response from SI.

405.    The allegations contained in Paragraph 405 are not directed to SI and therefore require no response from SI.

406.    The allegations contained in Paragraph 406 are not directed to SI and therefore require no response from SI.

407.    The allegations contained in Paragraph 407 are not directed to SI and therefore require no response from SI.

408.    The allegations contained in Paragraph 408 are not directed to SI and therefore require no response from SI.

409.    The allegations contained in Paragraph 409 are not directed to SI and therefore require no response from SI.

410.    The allegations contained in Paragraph 410 are not directed to SI and therefore require no response from SI.

411.    The allegations contained in Paragraph 411 are not directed to SI and therefore require no response from SI.

412.    The allegations contained in Paragraph 412 are not directed to SI and therefore require no response from SI.

413.    The allegations contained in Paragraph 413 are not directed to SI and therefore require no response from SI.

414.    The allegations contained in Paragraph 414 are not directed to SI and therefore require no response from SI.

415.   The allegations contained in Paragraph 415 are not directed to SI and therefore require no response from SI.

416.   The allegations contained in Paragraph 416 are not directed to SI and therefore require no response from SI.

417.   The allegations contained in Paragraph 417 are not directed to SI and therefore require no response from SI.

418.   The allegations contained in Paragraph 418 are not directed to SI and therefore require no response from SI.

419.   The allegations contained in Paragraph 419 are not directed to SI and therefore require no response from SI.

420.   The allegations contained in Paragraph 420 are not directed to SI and therefore require no response from SI.

421.   The allegations contained in Paragraph 421 are not directed to SI and therefore require no response from SI.

422.   The allegations contained in Paragraph 422 are not directed to SI and therefore require no response from SI.

423.   The allegations contained in Paragraph 423 are not directed to SI and therefore require no response from SI.

424.   The allegations contained in Paragraph 424 are not directed to SI and therefore require no response from SI.

425.   The allegations contained in Paragraph 425 are not directed to SI and therefore require no response from SI.

426.   The allegations contained in Paragraph 426 are not directed to SI and therefore require no response from SI.

427.   The allegations contained in Paragraph 427 are not directed to SI and therefore require no response from SI.

428.   The allegations contained in Paragraph 428 are not directed to SI and therefore require no response from SI.

429.   The allegations contained in Paragraph 429 are not directed to SI and therefore require no response from SI.

430.   The allegations contained in Paragraph 430 are not directed to SI and therefore require no response from SI.

431.   The allegations contained in Paragraph 431 are not directed to SI and therefore require no response from SI.

432.   The allegations contained in Paragraph 432 are not directed to SI and therefore require no response from SI.

433.   The allegations contained in Paragraph 433 are not directed to SI and therefore require no response from SI.

434.   The allegations contained in Paragraph 434 are not directed to SI and therefore require no response from SI.

435.   The allegations contained in Paragraph 435 are not directed to SI and therefore require no response from SI.

436.   The allegations contained in Paragraph 436 are not directed to SI and therefore require no response from SI.

437.   The allegations contained in Paragraph 437 are not directed to SI and therefore require no response from SI.

438.   The allegations contained in Paragraph 438 are not directed to SI and therefore require no response from SI.

439.   The allegations contained in Paragraph 439 are not directed to SI and therefore require no response from SI.

440.   The allegations contained in Paragraph 440 are not directed to SI and therefore require no response from SI.

441.   The allegations contained in Paragraph 441 are not directed to SI and therefore require no response from SI.

442.   The allegations contained in Paragraph 442 are not directed to SI and therefore require no response from SI.

443.  The allegations contained in Paragraph 443 are not directed to SI and therefore require no response from SI.

444.  The allegations contained in Paragraph 444 are not directed to SI and therefore require no response from SI.

445.  The allegations contained in Paragraph 445 are not directed to SI and therefore require no response from SI.

446.  The allegations contained in Paragraph 446 are not directed to SI and therefore require no response from SI.

447.  The allegations contained in Paragraph 447 are not directed to SI and therefore require no response from SI.

448.  The allegations contained in Paragraph 448 are not directed to SI and therefore require no response from SI.

449.  The allegations contained in Paragraph 449 are not directed to SI and therefore require no response from SI.

450.  The allegations contained in Paragraph 450 are not directed to SI and therefore require no response from SI.

451.  The allegations contained in Paragraph 451 are not directed to SI and therefore require no response from SI.

452.  The allegations contained in Paragraph 452 are not directed to SI and therefore require no response from SI.

453.  The allegations contained in Paragraph 453 are not directed to SI and therefore require no response from SI.

454.  The allegations contained in Paragraph 454 are not directed to SI and therefore require no response from SI.

455.  The allegations contained in Paragraph 455 are not directed to SI and therefore require no response from SI.

456.  The allegations contained in Paragraph 456 are not directed to SI and therefore require no response from SI.

457.   The allegations contained in Paragraph 457 are not directed to SI and therefore require no response from SI.

458.   The allegations contained in Paragraph 458 are not directed to SI and therefore require no response from SI.

459.   The allegations contained in Paragraph 459 are not directed to SI and therefore require no response from SI.

460.   The allegations contained in Paragraph 460 are not directed to SI and therefore require no response from SI.

461.   The allegations contained in Paragraph 461 are not directed to SI and therefore require no response from SI.

462.   The allegations contained in Paragraph 462 are not directed to SI and therefore require no response from SI.

463.   The allegations contained in Paragraph 463 are not directed to SI and therefore require no response from SI.

464.   The allegations contained in Paragraph 464 are not directed to SI and therefore require no response from SI.

465.   The allegations contained in Paragraph 465 are not directed to SI and therefore require no response from SI.

466.   The allegations contained in Paragraph 466 are not directed to SI and therefore require no response from SI.

467.   The allegations contained in Paragraph 467 are not directed to SI and therefore require no response from SI.

468.   The allegations contained in Paragraph 468 are not directed to SI and therefore require no response from SI.

469.   The allegations contained in Paragraph 469 are not directed to SI and therefore require no response from SI.

470.   The allegations contained in Paragraph 470 are not directed to SI and therefore require no response from SI.

1    471.   The allegations contained in Paragraph 471 are not directed to SI and
2    therefore require no response from SI.

3    472.   The allegations contained in Paragraph 472 are not directed to SI and
4    therefore require no response from SI.

5    473.   The allegations contained in Paragraph 473 are not directed to SI and
6    therefore require no response from SI.

7    474.   The allegations contained in Paragraph 474 are not directed to SI and
8    therefore require no response from SI.

9    475.   The allegations contained in Paragraph 475 are not directed to SI and
10   therefore require no response from SI.

11   476.   The allegations contained in Paragraph 476 are not directed to SI and
12   therefore require no response from SI.

13   477.   The allegations contained in Paragraph 477 are not directed to SI and
14   therefore require no response from SI.

15   478.   The allegations contained in Paragraph 478 are not directed to SI and
16   therefore require no response from SI.

17   479.   The allegations contained in Paragraph 479 are not directed to SI and
18   therefore require no response from SI.

19   480.   The allegations contained in Paragraph 480 are not directed to SI and
20   therefore require no response from SI.

21   481.   The allegations contained in Paragraph 481 are not directed to SI and
22   therefore require no response from SI.

23   482.   The allegations contained in Paragraph 482 are not directed to SI and
24   therefore require no response from SI.

25   483.   The allegations contained in Paragraph 483 are not directed to SI and
26   therefore require no response from SI.

27   484.   The allegations contained in Paragraph 484 are not directed to SI and
28   therefore require no response from SI.

485.    The allegations contained in Paragraph 485 are not directed to SI and therefore require no response from SI.

486.    The allegations contained in Paragraph 486 are not directed to SI and therefore require no response from SI.

487.    The allegations contained in Paragraph 487 are not directed to SI and therefore require no response from SI.

488.    The allegations contained in Paragraph 488 are not directed to SI and therefore require no response from SI.

489.    The allegations contained in Paragraph 489 are not directed to SI and therefore require no response from SI.

490.    The allegations contained in Paragraph 490 are not directed to SI and therefore require no response from SI.

491.    The allegations contained in Paragraph 491 are not directed to SI and therefore require no response from SI.

492.    The allegations contained in Paragraph 492 are not directed to SI and therefore require no response from SI.

493.    The allegations contained in Paragraph 493 are not directed to SI and therefore require no response from SI.

494.    The allegations contained in Paragraph 494 are not directed to SI and therefore require no response from SI.

495.    The allegations contained in Paragraph 495 are not directed to SI and therefore require no response from SI.

496.    The allegations contained in Paragraph 496 are not directed to SI and therefore require no response from SI.

497.    The allegations contained in Paragraph 497 are not directed to SI and therefore require no response from SI.

498.    The allegations contained in Paragraph 498 are not directed to SI and therefore require no response from SI.

1       499.    The allegations contained in Paragraph 499 are not directed to SI and
2   therefore require no response from SI.

3       500.    The allegations contained in Paragraph 500 are not directed to SI and
4   therefore require no response from SI.

5       501.    The allegations contained in Paragraph 501 are not directed to SI and
6   therefore require no response from SI.

7       502.    The allegations contained in Paragraph 502 are not directed to SI and
8   therefore require no response from SI.

9       503.    The allegations contained in Paragraph 503 are not directed to SI and
10  therefore require no response from SI.

11      504.    The allegations contained in Paragraph 504 are not directed to SI and
12  therefore require no response from SI.

13      505.    The allegations contained in Paragraph 505 are not directed to SI and
14  therefore require no response from SI.

15      506.    The allegations contained in Paragraph 506 are not directed to SI and
16  therefore require no response from SI.

17      507.    The allegations contained in Paragraph 507 are not directed to SI and
18  therefore require no response from SI.

19      508.    The allegations contained in Paragraph 508 are not directed to SI and
20  therefore require no response from SI.

21      509.    The allegations contained in Paragraph 509 are not directed to SI and
22  therefore require no response from SI.

23      510.    The allegations contained in Paragraph 510 are not directed to SI and
24  therefore require no response from SI.

25      511.    The allegations contained in Paragraph 511 are not directed to SI and
26  therefore require no response from SI.

27      512.    The allegations contained in Paragraph 512 are not directed to SI and
28  therefore require no response from SI.

513.   The allegations contained in Paragraph 513 are not directed to SI and therefore require no response from SI.

514.   Denied.  To the extent the allegations contained in Paragraph 514 are not directed to SI, no response is required from SI.

515.   Denied.  To the extent the allegations contained in Paragraph 515 are not directed to SI, no response is required from SI.

516.   Denied.  To the extent the allegations contained in Paragraph 516 are not directed to SI, no response is required from SI.

517.   Denied, other than that SI admits the amount of fees paid by WIW is contained in publicly-available documents filed with the SEC, the contents of which speak for themselves; SI therefore denies any characterizations inconsistent with those terms.  To the extent the allegations contained in Paragraph 517 are not directed to SI, no response is required from SI.

518.   Denied.  To the extent the allegations contained in Paragraph 518 are not directed to SI, no response is required from SI.

519.   Denied.  To the extent the allegations contained in Paragraph 519 are not directed to SI, no response is required from SI.

520.   Denied.  To the extent the allegations contained in Paragraph 520 refer to publicly available documents, SI denies any characterizations inconsistent with the terms of such documents.  To the extent the allegations contained in Paragraph 520 are not directed to SI, no response is required from SI.

521.   SI repeats its answers to each allegation set forth above, as if fully set forth herein.

522.   SI admits that Plaintiff purports to assert Count I on behalf of and for the benefit of WIW against Defendant SI.  SI denies that Plaintiff is entitled to any form of relief.

523.   Denied, other than that SI admits that it was the investment adviser to WIW until April 27, 2018, and that WIW paid investment advisory fees to SI.

524.   Denied.  To the extent the allegations contained in Paragraph 524 purport to state legal conclusions, no response is required.

525.   Denied.

526.   Denied.

527.   Denied.

528.   Denied, other than that SI admits that Plaintiff purports to bring a claim pursuant to Section 36(b).

529.   Denied, other than that SI admits that Plaintiff alternatively seeks recession of an advisory agreement that is no longer in existence.

530.   Denied, other than that SI admits that Paragraph 530 contains allegations contingent upon SI continuing to act as an investment adviser to WIW after April 27, 2018.

531.   The allegations contained in Paragraph 531 are not directed to SI and therefore require no response from SI.

532.   The allegations contained in Paragraph 532 are not directed to SI and therefore require no response from SI.

533.   The allegations contained in Paragraph 533 are not directed to SI and therefore require no response from SI.

534.   The allegations contained in Paragraph 534 are not directed to SI and therefore require no response from SI.

535.   The allegations contained in Paragraph 535 are not directed to SI and therefore require no response from SI.

536.   The allegations contained in Paragraph 536 are not directed to SI and therefore require no response from SI.

537.   The allegations contained in Paragraph 537 are not directed to SI and therefore require no response from SI.

538.   The allegations contained in Paragraph 538 are not directed to SI and therefore require no response from SI.

539.   The allegations contained in Paragraph 539 are not directed to SI and therefore require no response from SI.

540.   The allegations contained in Paragraph 540 are not directed to SI and therefore require no response from SI.

541.   The allegations contained in Paragraph 541 are not directed to SI and therefore require no response from SI.

542.   The allegations contained in Paragraph 542 are not directed to SI and therefore require no response from SI.

543.   The allegations contained in Paragraph 543 are not directed to SI and therefore require no response from SI.

544.   The allegations contained in Paragraph 544 are not directed to SI and therefore require no response from SI.

545.   The allegations contained in Paragraph 545 are not directed to SI and therefore require no response from SI.

546.   The allegations contained in Paragraph 546 are not directed to SI and therefore require no response from SI.

547.   The allegations contained in Paragraph 547 are not directed to SI and therefore require no response from SI.

548.   The allegations contained in Paragraph 548 are not directed to SI and therefore require no response from SI.

549.   The allegations contained in Paragraph 549 are not directed to SI and therefore require no response from SI.

550.   The allegations contained in Paragraph 550 are not directed to SI and therefore require no response from SI.

**WHEREFORE**, SI denies all liability, states that Plaintiff is entitled to no form of relief, and hereby demands judgment dismissing the Complaint in its entirety and awarding SI its costs and expenses, including attorneys' fees and such other relief as the Court deems just and proper.

**AFFIRMATIVE DEFENSES**

SI hereby gives notice that it intends to rely upon the following and such other and further defenses as may become available or apparent during pretrial proceedings in this case and hereby reserve all rights to assert such defenses.

**First Affirmative Defense**

(Failure to State a Claim)

The Complaint fails to state a claim upon which relief can be granted against SI.

**Second Affirmative Defense**

(Lack of Standing)

To the extent Plaintiff purport to assert a claim on behalf of any share classes of the Fund other than the class in which it holds and has continuously held throughout the duration of the litigation, Plaintiff lacks standing to assert such a claim.

**Third Affirmative Defense**

(Limitation on Time for Recovery)

Plaintiff's claims are barred in whole or in part by the applicable statute of limitations and the one-year "look back" statutory limitation on damages included in Section 36(b) of the ICA.

**Fourth Affirmative Defense**

(Laches, Waiver, Estoppel, Unclean Hands, Ratification, Disclosure and/or Consent)

Plaintiff, by virtue of his voluntary decision to purchase and continue holding shares in WIW, and his subsequent receipt of information concerning the performance, fee schedules, and total expense ratios of WIW over the course of time, was fully informed of all material facts pertaining to SI's receipt of compensation paid on behalf of WIW for services provided to WIW. While thus

fully informed, Plaintiff expressed his satisfaction with his investments by retaining his shares in WIW.  Plaintiff's claims are therefore barred in whole or in part by the doctrines of laches, waiver, estoppel, unclean hands, ratification, disclosure and/or consent.

## **Fifth Affirmative Defense**

(No Right to Jury Trial)

Plaintiff is not entitled to a jury trial for a claim brought under Section 36(b).

Dated:    February 4, 2019                                   DECHERT LLP


                                              By:    */s/ David A. Kotler*
                                                     Matthew L. Larrabee
                                                     David A. Kotler
                                                     Catherine V. Wigglesworth
                                                     Christine Isaacs

                                              WINSTON & STRAWN LLP
                                                     Jay B. Gould
                                                     Dan K. Webb
                                                     Steven Grimes
                                                     Kelly Mannion


                                              Attorneys for Defendant
                                              Security Investors, LLC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on February 4, 2019.

By: _/s/ David A. Kotler_

David A. Kotler