GLANCY PRONGAY & MURRAY LLP
Brian P. Murray (*pro hac vice*)
bmurray@glancylaw.com
Garth A. Spencer (*pro hac vice*)
gspencer@glancylaw.com
230 Park Avenue, Suite 530
New York, NY 10169
Telephone:  (212) 682-5340
Facsimile:   (212) 884-0988

Kevin F. Ruf (SBN 136901)
kruf@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD WINSTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WESTERN ASSET MANAGEMENT COMPANY, WESTERN ASSET MANAGEMENT COMPANY LTD., WESTERN ASSET MANAGEMENT COMPANY LIMITED, WESTERN ASSET MANAGEMENT COMPANY PTE. LTD., and SECURITY INVESTORS, LLC,<br><br>　　　　　Defendants. | Case No.  2:18-CV-03523-SJO-GJS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

1  Plaintiff Howard Winston and Defendant Security Investors LLC, by their
2  respective undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P.
3  41(a)(1)(A)(ii) that Count I of the Complaint should be, and hereby is, dismissed
4  with prejudice and without costs awarded to any party.  As Count I was the only
5  remaining cause of action pending, the parties respectfully request that the Court
6  close this case.

8  Dated:  May 7, 2019            */s/ Garth A. Spencer*
                                  GLANCY PRONGAY & MURRAY LLP
9                                 Brian P. Murray (*pro hac vice*)
10                                bmurray@glancylaw.com
                                  Garth A. Spencer (*pro hac vice*)
11                                gspencer@glancylaw.com
                                  230 Park Avenue, Suite 530
12                                New York, NY 10169
                                  Telephone:  (212) 682-5340
13                                Facsimile:   (212) 884-0988

                                  Kevin F. Ruf (SBN 136901)
15                                kruf@glancylaw.com
                                  1925 Century Park East, Suite 2100
16                                Los Angeles, CA 90067
                                  Telephone:  (310) 201-9150
17                                Facsimile:   (310) 201-9160

                                  *Attorneys for Plaintiff*


                                  */s/     David A. Kotler*
21                                DECHERT LLP
                                  Matthew L. Larrabee (SBN 97147)
22                                matthew.larrabee@dechert.com
                                  David A. Kotler (*pro hac vice*)
23                                david.kotler@dechert.com
                                  1095 Avenue of the Americas
24                                New York, NY 10036
                                  Telephone:  (212) 698-3500
26                                Facsimile:   (212) 698-3599

28  STIPULATION OF DISMISSAL                          Case No. 2:18-CV-03523-SJO-GJS
    WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Nathan M. McClellan (SBN 291435)
nathan.mcclellan@dechert.com
633 West 5th Street Suite 4900
Los Angeles, CA 90071-2032
Telephone:  (213) 808-5758
Facsimile:   (213) 808-5760

WINSTON & STRAWN LLP
Jay B. Gould (SBN 135726)
jgould@winston.com
Dan K. Webb
dwebb@winston.com
Steven Grimes
sgrimes@winston.com
Kelly Mannion
kmannion@winston.com
101 California Street
San Francisco, CA 94111-5840
Telephone: (415) 591-1000

*Counsel for Defendant Security Investors LLC*

STIPULATION OF DISMISSAL
WITH PREJUDICE

Case No. 2:18-CV-03523-SJO-GJS

# SIGNATURE ATTESTATION

I hereby attest, per the Court's Civil L.R. 5-4.3.4, that concurrence in the filing of this document has been obtained from David A. Kotler.

*/s/ Garth A. Spencer*
Garth A. Spencer

STIPULATION OF DISMISSAL
WITH PREJUDICE

Case No. 2:18-CV-03523-SJO-GJS